IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOSE CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON,

    Plaintiff,

v.                                                Case No. 1:18-cv-00141 KG/KK

DESERT SPECIALTY UNDERWRITERS, INC.,
DESERT SPECIALTY ADJUSTERS, INC., and
CHELSEA VAN DEVENTER,

    Defendants.

_____

**CHELSEA VAN DEVENTER,**

    Counter-Plaintiff,

v.

**THOSE CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON,**

    Counter-Defendant

## ORDER DISMISSING LAWSUIT WITH PREJUDICE

This matter came before the Court upon the Joint Motion of the Parties to Dismiss this case with prejudice. It appearing to the Court that the matter has been settled and resolved, the Court finds the Motion well taken and it is granted. This Cause of Action, including all Counterclaims and Crossclaims, is hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Submitted by,

Madison, Mroz, Steinman
& Dekleva, P.A.

*/s/ Gregory D. Steinman*
Gregory D. Steinman
P.O. Box 25467
Albuquerque, NM 87125-5467
(505) 242-2177
gds@hotmail.com
*Attorneys for Plaintiff/*
*Counter-Defendant*

Approved by,

*Approved via electronic mail on 02/08/19*
Jason Bowles
Bowles Law Firm
P.O. Box 25186
Albuquerque, NM 87125-0186
(505) 217-2680
jason@bowles-lawfirm.com

*Approved via electronic mail on 02/10/19*
Duff Westbrook
Brian L. Moore
Maureen A. Sanders
Sanders & Westbrook, PC
102 Granite Ave. NW
Albuquerque, NM 87102
(505) 243-2243
d.sanderswestbrook@qwestoffice.net
b.sanderswestbrook@qwestoffice.net
m.sanderswestbrook@qwestoffice.net